**HESS v CANTON (city)**

Ohio Appeals, 5th Dist, Stark Co

No 1371. Decided Oct 18, 1933

H. H. Emmons, Canton, for plaintiff in error.

Russell H. Mack, City Solicitor, Canton, and Earl T. Shadrack, Assistant City Solicitor, Canton, for defendant in error.

For full opinion see 39 OLR 331; 189 NE 18; 47 Oh Ap 108.